United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Sargus and Judge Morrison

FROM: Scott Miller , Deputy Clerk

DATE: 5/9/24

SUBJECT: Case Caption: USA v. Lajuana A. Kelley

CASE: Case Number: Doc. 2:24-cr-74

DISTRICT JUDGE: Sargus

File Date: 11/3/23

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Charles Anthony Allen**

Case Number: **2:24-cr-44**      District Judge: **Morrison**

File Date: **3/28/24**      Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:      District Judge:

File Date:      Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk **Scott Miller** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge **Morrison**

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 5/10/2024
United States District Judge

s/ Sarah D. Morrison
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*